FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)    Case Number **05−78825−reb**

# UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/1/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Jennifer Lavette Talton
 aka  Jennifer L. Butts
 aka  Jennifer Lavette Butts
5513 Marbut Forest Way
Lithonia, GA 30058

Sheldon Clay Talton
5513 Marbut Forest Way
Lithonia, GA 30058

Case Number:  05−78825−reb
Judge:  Robert Brizendine

The entire case number, including judge initials, is required on all papers filed with the court.

Social Security/Taxpayer ID Nos.:
xxx−xx−8335
xxx−xx−3360

Attorney for Debtor(s) (name and address):
Sharon S. Brown
S.S. Brown & Associates, P.C.
Suite D
4296 Memorial Drive
Decatur, GA 30032
Telephone number: (404) 297−2077

Bankruptcy Trustee (name and address):
Janet G. Watts
600 North Glynn Street
Suite C
Fayetteville, GA 30214
Telephone number: (770) 461−1320

### Meeting of Creditors:

Date: **November 8, 2005**       Time: **01:00 PM**
Location:  **Room 368, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Please bring a copy of this notice with you to the Meeting of Creditors.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 1/9/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Address of the Bankruptcy Clerk's Office:**
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

Telephone number: 404−215−1000

Hours Open:  Monday − Friday 8:00 AM − 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
W. Yvonne Evans

Date: 10/5/05

## EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Liquidation of Debtor's Property | The trustee will collect the debtor's property and turn any that is not exempt into money. At this time, however it appears from the schedules of the debtor that there are no assets from which any distribution can be paid to creditors. If at a later date it appears that there are assets from which a distribution may be paid, the creditors will be notified and given an opportunity to file claims. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| Legal Advice | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |

Pursuant to Local Rule 6007−1, the Case Trustee may give oral notice at the meeting of creditors of intent to abandon property of the debtor followed written notice of abandonment filed with the Court within 15 days of that meeting. Any party in interest who objects to the proposed abandonment may file a written objection within 15 days after the filing of the trustee's notice, stating the grounds therefore, and advocating the objection at a hearing held by the Court upon notice to trustee, debtor and other parties in interest.

−− Refer to Other Side for Important Deadlines and Notices −−

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800−510−8284 or or 404−730−2866 or 404−215−1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.